**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN XICARA-COTOC, | No. 10-71134 |
| Petitioner, | Agency No. A097-762-975 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 6, 2012[**]

Before:      B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Juan Xicara-Cotoc, a native and citizen of Guatemala, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from the

immigration judge's decision denying his application for asylum and withholding

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review questions of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

law de novo, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008), except to the extent that deference is owed to the BIA's determination of the governing statutes and regulations, *Simeonov v. Ashcroft*, 371 F.3d 532, 535 (9th Cir. 2004). We review for substantial evidence factual findings. *Zehatye v. Gonzales,* 453 F.3d 1182*,* 1184-85 (9th Cir. 2006). We deny the petition for review.

Substantial evidence supports the agency's finding that Xicara-Cotoc failed to establish that he was or would be persecuted on account of a protected ground. *See Barrios v. Holder*, 581 F.3d 849, 855 (9th Cir. 2009); *Santos-Lemus v. Mukasey*, 542 F.3d 738, 744-46 (9th Cir. 2008) (applicant's proposed social group of young Salvadoran men who resist gang violence lacks both particularity and social visibility). Accordingly, Xicara-Cotoc's asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED.**